ADAM WANG, Bar No. 201233
ADAM PEDERSEN, Bar No. 261091
LAW OFFICES OF ADAM WANG
12 S First Street, Suite 708
San Jose, CA 95113
Tel: 408-292-1040
Fax: 408-416-0268
adamqwang@gmail.com

Attorneys for Plaintiffs

**IT IS SO ORDERED**
*Judge James Ware*
2/18/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANIEL TORRES, GERARDO CASTILLO, on behalf of themselves and all similarly situated others,<br><br>　　　　　Plaintiffs,<br>　　vs.<br><br>PENINSULA HOUSEHOLD SERVICES, ONC., MICHAEL GOFF, and Does 1-10,<br><br>　　　　　Defendants. | Case No.: C09-06057 JW<br><br>JOINT CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE |

Parties, in accordance with the provisions of Title 28, U.S.C. Section 636(c), through their respective counsel, consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment the undersigned party hereby voluntarily. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: February 11, 2010

　　　　　　　　　　　　　　　　　　　　　By:　__/s/ADAM WANG__
　　　　　　　　　　　　　　　　　　　　　　　　ADAM WANG
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs

| | | | |
|---|---|---|---|
| 1 | Dated: February 11, 2010 | By: | /s/ MICHAEL JONES |
| 2 | | | MICHAEL JONES |
| 3 | | | Attorney for Defendants |

Joint Consent to Proceed Before Magistrate