ADAM WANG, Bar No. 201233
ADAM PEDERSEN, Bar No. 261091
LAW OFFICES OF ADAM WANG
12 S First Street, Suite 708
San Jose, CA 95113
Tel:  408-292-1040
Fax:  408-416-0268
adamqwang@gmail.com

Attorneys for Plaintiffs

**IT IS SO ORDERED**
/s/ Judge James Ware
2/18/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANIEL TORRES, GERARDO CASTILLO, on behalf of themselves and all similarly situated others,<br><br>        Plaintiffs,<br>    vs.<br><br>PENINSULA HOUSEHOLD SERVICES, ONC., MICHAEL GOFF, and Does 1-10,<br><br>        Defendants. | Case No.:  C09-06057 JW<br><br>JOINT CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE |

Parties, in accordance with the provisions of Title 28, U.S.C. Section 636(c), through their respective counsel, consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment the undersigned party hereby voluntarily. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: February 11, 2010

By:     __/s/ADAM WANG__
        ADAM WANG
        Attorney for Plaintiffs

1  Dated: February 11, 2010

2                                                           By:     /s/ MICHAEL JONES
                                                                    MICHAEL JONES
3                                                                   Attorney for Defendants

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Joint Consent to Proceed Before Magistrate