UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANIEL TORRES, et al,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>PENINSULA HOUSEHOLD SERVICES, INC., et al.,<br><br>　　　　　Defendants. | Case No.: C 09-6057 PVT<br><br>**CASE MANAGEMENT CONFERENCE ORDER** |

　　　　On June 8, 2010, the parties appeared before Magistrate Judge Patricia V. Trumbull for a Case Management Conference. Based on the parties' Joint Case Management Statement, and the discussions held at the Case Management Conference,

　　　　IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Conference Statement.

　　　　IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is sixty days after entry of this order.

　　　　IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure govern this case, except that the parties are limited to five depositions per side.

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

Last Day for Hearing Plaintiffs' Motion for Class Notification[1] . . . . . . . 10:00 a.m. on 8/10/11

Fact Discovery Cutoff. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1/14/11

Designation of Experts with Reports. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1/14/11

Designation of Rebuttal Experts with Reports. . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1/28/11

Last Day for Hearing Defendants' Motion to Decertify Class[2] . . . . . . . . . 10:00 a.m. on 2/8/11

Expert Discovery Cutoff. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3/4/11

Deadline(s) for Filing Discovery Motions. . . . . . . . . . . . . . . . . . . . . *See* Civil Local Rule 26-2

Last Day for Dispositive Motion Hearing[3] . . . . . . . . . . . . . . . . . . . . . . . 10:00 a.m. on 5/17/11

Final Pretrial Conference. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2:00 p.m. on 7/12/11

Bench Trial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9:30 a.m. on 7/25/11

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Patricia V. Trumbull (Rev. June 2008), a copy of which is available from the clerk of the court,[4] with regard to the timing and content of the Joint Pretrial Statement, and all other pretrial submissions.

Dated: *6/8/10*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1]  *See, e.g., Leuthold v. Destination Am., Inc.*, 224 F.R.D. 462, 467 (N.D. Cal. 2004) (describing two-tier approach to class certification in FLSA class actions); *see also Hoffmann La Roche, Inc. v. Sperling*, 493 U.S. 165 (1989) (approving trial court's authorization of notice to potential class members under 29 U.S.C. section 216(b)).  This is the last date for hearing dispositive motions.  Any such motions must be noticed in compliance with Civil Local Rule 7-2(a).

[2]  This is the last date for hearing dispositive motions.  Any such motions must be noticed in compliance with Civil Local Rule 7-2(a).

[3]  This is the last date for *hearing* dispositive motions.  Any such motions must be noticed in compliance with Civil Local Rule 7-2(a).

[4]  A copy of Judge Trumbull's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Trumbull's name, then on the "Magistrate Judge Trumbull's Standing Orders" link, and finally on the bullet for "Mag Judge Trumbull's General Order for all purposes 06/10/08."