ADAM WANG, Bar No. 201233
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 708
San Jose, CA 95113
Tel: (408) 292-1040
Fax: (408) 416-0248

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| DANIEL TORRES, GERARDO CASTILLO, on behalf of themselves and all similarly situated others,<br><br>Plaintiffs,<br><br>vs.<br><br>PENINSULA HOUSEHOLD SERVICES, INC., MICHAEL GOFF, and DOES 1-10,<br><br>Defendants | Case No.: C09-6057 PSG<br><br>STIPULATION TO CONTINUE DISCOVERY DEADLINE |

   Plaintiff and Defendants, through their respective counsel, hereby stipulate to continue the discovery deadline as follows:

   1.   This case was filed on December 29, 2009.

   2.   The fact discovery deadline was set for January 14, 2011.

   3.   Parties have participated in mediation but filed to come to an agreement.

   4.   Plaintiff has served discovery on Defendants, with the responses due on January 14, 2011.

   5.   Defendants are in the process of consultation to evaluate the economic feasibility of seeking bankruptcy protection. As such, Defendants request, and Plaintiff grant, that Defendants' response to Plaintiffs' discovery be continued to January 21, 2011.

STIPULATION TO CONTINUE DISCOVERY DEADLINE
                                1                              C09-6057 PSG

1  6. In order to have proper opportunity to compel proper responses in case the Defendants' responses are insufficient, parties agree and stipulate that the discovery deadline in this case be continued for three weeks until February 4, 2011.

7. The requested continuance will not have impact on the trial date set in this case as the pre-trial conference is not until July 2011.

DATED:  January 19, 2011              By: /s/ Adam Wang
                                          ADAM WANG
                                          Attorneys for Plaintiffs


DATED:  January 19, 2011              By: /s/ Michael Jones
                                          Michael Jones
                                          Attorneys for Defendants


### ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the fact discovery deadline in this case be continued to February 4, 2011.  All other deadlines and schedules remain unchanged.

IT IS SO ORDERED.

Dated:  January 24, 2011              By: [signature]
                                          Paul S. Grewal
                                          US Magistrate Judge

STIPULATION TO CONTINUE DISCOVERY DEADLINE
                    2                            C09-6057 PSG