UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANIEL TORRES and GERARDO CASTILLO,<br><br>    Plaintiffs,<br><br>    v.<br><br>PENINSULA HOUSEHOLD SERVICES, INC., et al.,<br><br>    Defendants. | Case No.: CV 09-06057 PSG<br><br>**ORDER TO SHOW CAUSE WHY FURTHER SANCTIONS SHOULD NOT BE IMPOSED AGAINST ADAM WANG AND DANIEL TORRES**<br><br>**(Re: Docket No. 31)** |

On January 19, 2011, this court granted Defendants' motion to compel and for sanctions. Pursuant to that order, Plaintiff Daniel Torres ("Torres") was required to respond to the interrogatories and produce the documents at issue no later than January 24, 2011.[1] Torres and his counsel, Adam Wang ("Wang"), were ordered to pay sanctions in the amount of $812.50 to Defendants no later than January 26, 2011. Furthermore, Wang and Torres were ordered to file a certification with the court that they had complied with the January 19, 2011 Order no later than January 26, 2011. As of this date, Wang nor Torres have failed to file such a certification.

IT IS HEREBY ORDERED that Wang and Torres must show cause why further sanctions

---

[1] *See* 1/19/2011 Order Granting Def.'s Mot. To Compel and for Sanctions (Docket No. 31).

ORDER, *page 1*

1  should not be ordered for their lack of compliance with the January 19, 2011 Order.  Wang and
2  Torres shall respond in writing no later than February 14, 2011.
3  Dated: February 2, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER, *page 2*