UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANIEL TORRES and GERARDO CASTILLO,<br><br>    Plaintiffs,<br><br>v.<br><br>PENINSULA HOUSEHOLD SERVICES, INC., et al.,<br><br>    Defendants. | Case No.: CV 09-06057 PSG<br><br>**ORDER TO SHOW CAUSE WHY PLAINTIFFS' CLAIMS SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH COURT ORDER**<br><br>**(Re: Docket No. 31)** |

On January 19, 2011, this court granted Defendants' motion to compel and for sanctions. Pursuant to that order, Plaintiff Daniel Torres ("Torres") was required to respond to the interrogatories and produce the documents at issue no later than January 24, 2011.[1] Torres and his counsel, Adam Wang ("Wang"), were ordered to pay sanctions in the amount of $812.50 to Defendants no later than January 26, 2011. Furthermore, Wang and Torres were ordered to file a certification with the court that they had complied with the January 19, 2011 Order no later than January 26, 2011. Wang and Torres failed to file such a certification.

On February 2, 2011, this court issued an order to show cause why further sanctions should not be imposed for their lack of compliance with the January 19, 2011 Order. Wang and

---

[1] *See* 1/19/2011 Order Granting Def.'s Mot. To Compel and for Sanctions (Docket No. 31).

ORDER, *page 1*

1  Torres were ordered to respond in writing no later than February 14, 2011.  On February 15,
2  2011, Wang filed a response to the order to show cause in which he requested another week to
3  comply with the January 19, 2011 Order.  As of March 2, 2011, Wang and Torres have not
4  complied with the court's January 19, 2011 Order.

5      If the plaintiff fails to prosecute or to comply with these rules or a court order, the court
6  may dismiss the action.  *See* Fed. R. Civ. P. 41(b).  Accordingly,

7      IT IS HEREBY ORDERED that Wang and Torres show cause why Torres's claims should
8  not be dismissed for failure to comply with a court order.  Wang and Torres shall respond in
9  writing no later than March 10, 2011.  If Wang and Torres fail to show cause, this case will be
10 dismissed.

12 Dated: March 4, 2011

13 
                                                              PAUL S. GREWAL
14                                                               United States Magistrate Judge