UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANIEL TORRES, et al.,<br><br>    Plaintiffs,<br><br>   v.<br><br>PENINSULA HOUSEHOLD SERVICES, INC., et al.,<br><br>    Defendants. | Case No.: C 09-6057 PSG<br><br>**STANDBY ORDER TO SHOW CAUSE**<br><br>**(Re: Docket No. 37)** |

The court has been informed that the above-entitled action has settled. Accordingly, the court vacates all pretrial and trial dates.

IT IS HEREBY ORDERED that the parties are required to file a stipulation of dismissal by April 8, 2011. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on April 12, 2011 at 2 p.m. in Courtroom 5, 4th Floor of the San Jose Courthouse and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the action pursuant to Federal Rule of Civil Procedure 41(b).

Dated: March 28, 2011

                                               PAUL S. GREWAL
                                               United States Magistrate Judge

Order