ADAM WANG, Bar. No. 201233
**LAW OFFICES OF ADAM WANG**
12 South First Street, Suite 708
San Jose, CA 95113
Tel:  (408) 292-1040
Fax:  (408) 286-6619
waqw@sbcglobal.net

**Attorney for Plaintiff**
GUILLERMO VEGA

**MICHAEL JAY JONES**
**GALLAGHER, REEDY & JONES**
19A North Santa Cruz Avenue
Los Gatos, CA 95030
408-354-1388
Fax: 408-354-5349
Email: grj@grjlaw.com

**Attorney for Defendant,**
PENINSULA HOUSEHOLD SERVICES, INC.
MICHAEL H. GOFF

UNITED STATES DISTRICT COURT

FOR DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| TORRES, et. al., | Case No.: C09-6057 PSG |
| Plaintiffs, | **STIPULATION TO CONTINUE DEADLINE TO FILE DISMISSAL** |
| vs. | |
| PENINSULA HOUSEHOLD SERVICES, et al., | |
| Defendants | |

Parties, through their respective counsel, stipulate as follows:

1. On March 4, 2011, this Court issued an order to show cause why Plaintiff's counsel should not be sanctioned for his failure to comply with this Court's order.

2. In reply, on March 11, 2011, Plaintiff's filed with the Court a response and notice that the parties reached a settlement agreement in this matter as of March 9, 2011.

---

**STIPULATION AND [PROPOSED] ORDER**
**Vega v. Peninsula Household Services Inc., et al.**

1                                    Case No. C09-6057 PSG

3. In the Plaintiff's filing of March 11, 2011, Plaintiff informed the Court that, having reached an agreement on settlement, Parties were preparing a final written agreement.

4. Therefore, the court issued a standby order to show cause re: dismissal, ordering Parties to file a stipulated dismissal no later than April 8, 2011.

5. Parties were unable to both finalize and execute the agreement in the time allotted.

6. Agreement at this time has been completed, and no further changes are anticipated.

7. Counsel for parties are in the process of arranging for the execution of the agreement by their respective clients.

8. Schedule of counsel and of clients precludes this from occurring by the established deadline, but counsel anticipate the agreement will be executed within the next 7 to 10 days.

9. As such, parties hereby stipulate to a two extension of time to execute the agreement and file a dismissal.

10. Therefore, based on this stipulation the parties respectfully request a two (2) week extension of time to file the dismissal as ordered by the Court, with the dismissal to be filed no later than 4/22/2011, and the corresponding standby order to show cause be moved to 4/26/2011.

Dated: April 8, 2011                By: /s/ Adam Pedersen           .
                                        Adam Pedersen
                                        Attorney for Plaintiff

Dated: April 8, 2011                By: /s/ Michael J. Jones           .
                                        Michael J. Jones
                                        Attorney for Defendants

---

**STIPULATION AND [PROPOSED] ORDER**
**Vega v. Peninsula Household Services Inc., et al.**

# [PROPOSED] ORDER

GOOD CAUSE APPEARING, pursuant to parties' stipulation, IT IS SO ORDERED. IN PART Parties shall file the stipulation for dismissal no later than April ~~22~~ 15, 2011. If no dismissal is filed this Court the parties shall appear on April ~~26~~ 19, 2011 and show cause why the matter should not be dismissed. `No further continuances or extensions will be granted.`

Dated: ~~April 8, 2011~~
       April 11, 2011
       By: *Paul S. Grewal* (signature)
           Paul S. Grewal
           United States Magistrate Judge